United States District Court
Southern District of Texas
**ENTERED**
May 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| ILIANA CRISBEL DURAN MONCADA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01208 |
| | § | |
| PAMELA BONDI, *et al.,* | § | |
| | § | |
| Respondents. | § | |

## ORDER

On February 16, 2026, Petitioner Iliana Crisbel Duran Moncada ("Petitioner") filed an Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging her immigration detention. Doc. #5. On March 9, 2026, Respondents filed an Advisory to the Court that "Petitioner has requested, and been granted, a voluntary departure." Doc. #8. Accordingly, the parties are hereby ORDERED to file a status report no later than May 26, 2026, advising whether Petitioner remains in immigration custody or has voluntarily departed the United States.

It is so ORDERED.

**MAY 2 1 2026**
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge